1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  JOHN K. GRANT (169813)
   SHAWN A. WILLIAMS (213113)
3  MONIQUE C. WINKLER (213031)
   AELISH M. BAIG (201279)
4  100 Pine Street, Suite 2600
   San Francisco, CA  94111
5  Telephone:  415/288-4545
   415/288-4534 (fax)
6  johng@csgrr.com
   shawnw@csgrr.com
7  mwinkler@csgrr.com
   abaig@csgrr.com
8       – and –
   TRAVIS E. DOWNS III (148274)
9  KATHLEEN A. HERKENHOFF (168562)
   BENNY C. GOODMAN III (211302)
10 MARY LYNNE CALKINS (212171)
   655 West Broadway, Suite 1900
11 San Diego, CA  92101
   Telephone:  619/231-1058
12 619/231-7423 (fax)
   travisd@csgrr.com
13 kathyh@csgrr.com
   bgoodman@csgrr.com
14 mcalkins@csgrr.com

SCHIFFRIN BARROWAY TOPAZ
   & KESSLER LLP
LEE D. RUDY
ALISON K. CLARK
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
lrudy@sbtklaw.com
aclark@sbtklaw.com

15 Co-Lead Counsel for Plaintiffs

16 [Additional counsel appear on signature page.]

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                        SAN JOSE DIVISION

| | |
|---|---|
| In re AGILE SOFTWARE CORPORATION DERIVATIVE LITIGATION | Lead Case No. C-06-07434-JW |
| | STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF ACTION |
| This Document Relates To: | |
|     ALL ACTIONS. | |

1   WHEREAS, all parties agree to dismissal of the above-entitled action without prejudice
2   pursuant to Federal Rule of Civil Procedure 41(a)(1);
3   THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties,
4   through their respective counsel of record, as follows:
5       1.    Plaintiffs dismiss this action against defendants without prejudice; and
6       2.    Each party shall bear its own costs and attorneys' fees.
7   IT IS SO STIPULATED.

8   DATED: February 20, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS


      s/ KATHLEEN A. HERKENHOFF
      KATHLEEN A. HERKENHOFF

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF ACTION - C-06-07434-JW — - 1 -

|  |  |
|---|---|
| 1 | |
| 2 | SCHIFFRIN BARROWAY TOPAZ <br> & KESSLER LLP <br> LEE D. RUDY |
| 3 | ALISON K. CLARK <br> 280 King of Prussia Road |
| 4 | Radnor, PA  19087 <br> Telephone:  610/667-7706 |
| 5 | 610/667-7056 (fax) |
| 6 | SCHIFFRIN, BARROWAY, TOPAZ <br> & KESSLER, LLP |
| 7 | ALAN R. PLUTZIK <br> NICHOLE BROWNING |
| 8 | 125 Oak Grove Road, Suite 120 <br> Walnut Creek, CA  94598 |
| 9 | Telephone:  925/945-0200 <br> 925/945-8792 (fax) |
| 10 | |
| 11 | Co-Lead Counsel for Plaintiffs |

   I, Kathleen A. Herkenhoff, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Dismissal of Action.  In compliance with General Order 45, X.B., I hereby attest that Jonathan B. Gaskin has concurred in this filing.

DATED:  February 20, 2008                                  ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                           JAMES N. KRAMER
                                                           JONATHAN B. GASKIN
                                                           BENJAMIN P. VAN HOUTEN
                                                           LUCY E. BUFORD


                                                           _s/ JONATHAN B. GASKIN_
                                                           JONATHAN B. GASKIN

                                                           The Orrick Building
                                                           405 Howard Street
                                                           San Francisco, CA  94105
                                                           Telephone:  415/773-5700
                                                           415/773-5759 (fax)

                                                           Attorneys for Defendants

                                     *     *     *

**O R D E R**

PURSUANT TO THE STIPULATION REGARDING DISMISSAL OF ACTION FILED BY THE PARTIES:

   1. The above-entitled action is dismissed against defendants without prejudice; and

2. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED. The Clerk shall close this file.

DATED: __February 21, 2008_____    _____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Agile Software Derivative\S_O00049185_Dismissal.doc

STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF ACTION - C-06-07434-JW        - 3 -

1                                         <u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on February 20, 2008, I electronically filed the foregoing with the Clerk

3 of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7      I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct. Executed on February 20, 2008.

                                                                    s/ KATHLEEN A. HERKENHOFF
                                                                    KATHLEEN A. HERKENHOFF

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:KathyH@csgrr.com

# Mailing Information for a Case 5:06-cv-07434-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lucy Edmond Buford**
  lbuford@orrick.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Jonathan B. Gaskin**
  jgaskin@orrick.com,mticzon@orrick.com

- **Kathleen Ann Herkenhoff**
  kathyh@csgrr.com,e_file_sd@csgrr.com

- **James Neil Kramer**
  jkramer@orrick.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Benjamin Paul Van Houten**
  bvanhouten@orrick.com

- **Shawn A. Williams**
  shawnw@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,travisd@csgr

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```